**LEE M. GERSTEL v. WILLIAM CURRY'S SONS COMPANY, a Florida corporation.**

14 So. (2nd) 720        June Term, 1943
July 24, 1943        Division B

*Herbert U. Beibelman,* for petitioner.

*H. H. Taylor* and *Aquilino Lopez,* for respondent.

PER CURIAM:

Certiorari denied.

BUFORD, C. J., BROWN, ADAMS and SEBRING, JJ., concur.

**MRS. MARGIE MEREDITH, widow, for herself and her children and FLORIDA INDUSTRIAL COMMISSION, v. CITY CAB COMPANY, INC., and AMERICAN FIRE AND CASUALTY COMPANY.**

14 So. (2nd) 719        June Term, 1943
July 24, 1943        Special Division A

*H. N. Roth,* for appellants.

*Maguire, Voorhis & Wells, R. F. Maguire* and *W. H. Poe,* for appellees.

PER CURIAM:

The record in this case having been duly considered and finding no reversible error the judgment is affirmed.

BUFORD, C. J., CHAPMAN, ADAMS and THOMAS, JJ., concur.